UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: Brett J. Marshall )<br>Attorney at Law, Bar No. 9116 )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:17-ms-00035<br><br>**ORDER OF SUSPENSION** |

On May 1, 2017, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of May 2, 2017. The Order to Show Cause provided Mr. Marshall with thirty (30) days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Marshall. Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Brett J. Marshall, Nevada State Bar #9116, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this  18  day of June, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this <u>19th</u> day of June, 2017, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Brett J. Marshall
> Marshall Law Group
> 9159 West Flamingo Drive, Suite 105
> Las Vegas, Nevada 89147

Certified Mail No.:   7016 2140 0000 1723 3690

> <u>/s/ Michael Zadina</u>
> Deputy Clerk
> United States District Court,
> District of Nevada